**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**
Plaintiff,

Case Number 26 CR 551

v.
Defendant.

Rami Kanaan

Judge Jeannice W. Appenteng

## ORDER APPOINTING COUNSEL UNDER CJA

**Name of Appointed Attorney:** Jeff Levine

**Person Represented:** Rami Kanaan **Defendant number:** 1 **Under SEAL:** YES or (NO)

**Payment Category:** (FELONY) MISDEMEANOR OTHER PETTY OFFENSE

**Type of Person Represented:** (ADULT) JUVENILE OTHER

**Representation Type:** BP CC CF CH DRI EW EX HC JU MA JRV JHB MC ML NT (OT) PA PR PT SR WI WW

PRISONER TRANSFER

~~Court Order:~~
(APPOINTING COUNSEL) CO-COUNSEL STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER SUBS FOR PANEL ATTORNEY SUBS FOR RETAINED ATTORNEY

**Prior Attorney's name:** N/A

**If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:**

______________________________

**Signature of Presiding Judge:** Jeannice W. Appenteng

**Date of Order:** 10/26/2026 **Nunc Pro Tunc Date:** 10/21/26 or NONE

## ORDER APPOINTING INTERPRETER UNDER CJA

*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed:** YES NO

**Prior Authorization Approved:** YES NO

**Signature of Presiding Judge:** ______________________

**Date of Order:** ______________ **Nunc Pro Tunc Date:** __________ or NONE