# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: USA V. RAMI ALI MOHAMMAD KANAAN

Case Number: 26CR551

An appearance is hereby filed by the undersigned as attorney for:

RAMI ALI MOHAMMAD KANAAN

Attorney name (type or print): ROBERT L. RASCIA

Firm: LAW OFFICES OF ROBERT LOUIS RASCIA

Street address: 650 N DEARBORN ST. SUITE 700

City/State/Zip: CHICAGO, IL 60654

Bar ID Number: 6184470
(See item 3 in instructions)

Telephone Number: 312-994-9100

Email Address: RRASCIADEFENSE@GMAIL.COM

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/27/2026

Attorney signature: S/ ROBERT L. RASCIA
(Use electronic signature if the appearance form is filed electronically.)